**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

```
-------------------------------------------------x
MELISSA KIVO,                              :
on behalf of Plaintiff and a class,        :         CIVIL CASE MANAGEMENT PLAN
                                           :
                        Plaintiff,         :         CV-21-2985 (BMC)
                                           :
           vs.                             :
                                           :
CREDIT CONTROL SERIVCES, INC.,             :
                                           :
                    Defendant.             :
-------------------------------------------------x
```

**ATTACHMENT A**

| DISCOVERY ACTIVITES | COMPLETION DATE |
|---|---|
| 1.  Parties to exchange Fed. R. Civ. P. 26(a)(1) disclosures | July 29, 2021 |
| 2.   Parties to serve initial discovery request | August 9, 2021 |
| 3.  Parties propose any protective order | August 30, 2021 |
| 4.  Parties to propose schedule for depositions | November 15, 2021 |

6