**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------x
MELISSA KIVO,                                         :
on behalf of Plaintiff and a class,                   :        CIVIL CASE MANAGEMENT PLAN
                                                      :
                            Plaintiff,                :        CV-21-2985 (BMC)
                                                      :
            vs.                                       :
                                                      :
CREDIT CONTROL SERVICES, INC.,                        :
                                                      :
                            Defendant.                :
-----------------------------------------------------x
```

## ATTACHMENT B

1.  **PLAINTIFF'S CLAIMS**: Under the FDCPA, in an individual action, the person bringing the suit may recover (i) any actual damages suffered; and (ii) statutory damages of between $0 and $1,000.00. In a class action, the maximum possible recovery is (i) any actual damages suffered by the class members and (ii) the lesser of 1% of the Defendant's net worth or $500,000.00.

    Plaintiff seeks statutory damages both individually and on behalf of a class of similarly situated persons.

2.  **COUNTERCLAIMS AND CROSS-CLAIMS**:

3.  **THIRD-PARTY CLAIMS**:

7